UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| KNIGHT TEXTILE CORPORATION,<br>KNIGHT APPAREL CORPORATION, | 07 CV 4763  Rakoff, J.<br>Peck, M.J. |
| Plaintiffs, | Rule 7.1 Statement |
| - against - | |
| | ECF Case |
| THE MILWORK TRADING COMPANY LTD,<br>d/b/a LI & FUNG USA | |
| Defendant. | |

_____

Pursuant to Federal Rule of Civil Procedure 7.1, to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Knight Textile Corporation and Knight Apparel Corporation (private, non-governmental parties) certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

Dated: New York, New York
       June 4, 2007

s/_____
Martin Murray (MM – 5103)

Law Offices of Martin J. Murray
475 Park Avenue South, 25th Floor
New York, NY  10016
(212) 725-2044

Counsel to Plaintiffs
Knight Textile Corporation and Knight Apparel Corporation