<u>Certificate of Service</u>

Martin Murray, under the penalties of perjury, pursuant to 28 U.S.C. § 1746, states:

    I am over the age of 18 and am not a party to this action.

    On June 5, 2007, I caused to be served via overnight delivery, a true copy of the within Summons and Complaint upon defendant The Millwork Trading Company, LTD, d/b/a Li & Fung, USA, by serving defendant's legal counsel:

Craig T. Mierzwa
Salans
Rockefeller Center
620 Fifth Avenue
New York, NY  10020-2457

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2007
       New York, NY


                                                <u>s/_____</u>

                                                Martin Murray