UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| KNIGHT TEXTILE CORPORATION and KNIGHT APPAREL CORPORATION, | 07 Civ. 4763 |
| Plaintiffs, | **NOTICE OF** |
| - against - | **VOLUNTARY** |
| | **DISMISSAL** |
| THE MILWORK TRADING COMPANY LTD, d/b/a LI & FUNG USA, | |
| Defendant. | |

_____

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a) (1), Plaintiffs Knight Textile Corporation and Knight Apparel Corporation, by and through their counsel, the Law Offices of Martin J. Murray, hereby voluntarily dismiss this action, which was filed on June 5, 2007 and served upon defendant via overnight delivery on June 5, 2007. No responsive pleading or motion for summary judgment has been served by defendant.

Dated: June 14, 2007
       New York, New York

Law Offices of Martin J. Murray

By:   /s_____
      Martin J. Murray (MM 5103)

475 Park Avenue South, 25th Floor
New York, NY  10016
(212) 725-2044

Counsel to Plaintiffs
Knight Textile Corporation and
Knight Apparel Corporation

To:   Craig T. Mierzwa, Esq.
      Salans
      Rockefeller Center
      620 Fifth Avenue
      New York, NY  10020-2457

      Counsel for Defendant